# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| San Carlos Apache Tribe, | No. CV-19-05624-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Alex Azar, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Status Report (Doc. 79). The approval process for the parties' agreement remains pending. For good cause shown,

IT IS ORDERED that a Joint Status Report or Stipulation be filed no later than **June 30, 2025**.

Dated this 3rd day of June, 2025.

Honorable Eileen S. Willett
United States Magistrate Judge